ELIZABETH G. MAYER, Respondent, v. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Appellant.— Judgment and order affirmed, with costs. All concur.

WALTER C. MAHON, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

EMMA GREER, Appellant, v. THOMAS SLATER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

In the Matter of the Accounts of VIRGINIA KENT WHITE and Another, as Executors, etc., of PENDENNIS WHITE, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ELLIS H. COLVIN, Appellant, v. TOWN OF BRANT, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ALICE McNULTY, Respondent, v. STEPHEN B. MILLSPAUGH and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Application for stay denied.

FIRST NATIONAL BANK OF AURORA, Respondent, v. PRECISION CASTINGS COMPANY, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

BENJAMIN MENTER and Another, Respondents, v. CHARLES M. MANWARING, Appellant. BENJAMIN MENTER and Another, Respondents, v. CHARLES M. MANWARING and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs.

THE PIERCE COMPANY, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.—Appeal dismissed, without costs, upon stipulation filed and order appealed from vacated.

CHARLES A. FINNEGAN, Appellant, v. BUFFALO PRINTING PRESS FEEDERS AND ASSISTANTS UNION No. 15, INC., and Others, Respondents.— Motion granted and appeal dismissed, with costs.

CHARLOTTE B. NEWMAN, Appellant, v. LEWIS J. DAVIS, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by June tenth, and printed briefs by July first.

SAMUEL W. LONG and Another, Respondents, v. JOHN J. ENGEL and Others, Appellants.— Motion granted and appeal dismissed, with costs.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, Superintendent of Insurance, for an Order, etc., in the Matter of the SENECA FIRE INSURANCE COMPANY.— Motion granted, and appeal dismissed, with costs.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, Superintendent of Insurance, for an Order, etc., in the Matter of the NEW YORK NATIONAL INSURANCE COMPANY.— Motion granted and appeal dismissed, with costs.

GUISEPPING MUSCARELLA, Respondent, v. NATIONAL CASUALTY COMPANY, Appellant.—Judgment affirmed, with costs. All concur.